*1013 C. A. 5th Cir. Reported below: 888 F. 3d 150;
C. A. 9th Cir. Reported below: 106 Fed. Appx. 618;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 981;
C. A. 11th Cir. Reported below: 126 F^d. Appx. 468;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 478;
C. A. 11th Cir. Reported below: 120 Fed. Appx. 785;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 471;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 271 (third judgment), 279 (fifth judgment), 280 (fourth judgment), 718 (sixth judgment), 727 (first judgment), 742 (eighth judgment), 752 (second judgment), and 758 (seventh judgment);
C. A. 5th Cir. Reported below: 115 Fed. Appx. 223 (first judgment), 236 (third judgment), 237 (sixth judgment), 253 (fifth judgment), 254 (fourth judgment), and 288 (second judgment);
C. A. 5th Cir. Reported below: 115 Fed. Appx. 708;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 278;
(Reported below: 115 Fed. Appx. 247);
(115 Fed. Appx. 240);
(115 Fed. Appx. 283);
(115 Fed. Appx. 268);
(115 Fed. Appx. 750);
(115 Fed. Appx. *1014 267);
No. 04-9315.
No. 04-9316.
(115 Fed. Appx. 727);
(115 Fed. Appx. 241); and
(115 Fed. Appx. 243). C. A. 5th Cir.;
(Reported below: 115 Fed. Appx. 281);
(115 Fed. Appx. 248);
(115 Fed. Appx. 260);
(115 Fed. Appx. 747);
(115 Fed. Appx. 261);
(115 Fed. Appx. 748);
(115 Fed. Appx. 263);
(115 Fed. Appx. 263);
(115 Fed. Appx. 715);
(115 Fed. Appx. 247);
(115 Fed. Appx. 265); and
C. A. 5th Cir.;
(Reported below: 115 Fed. Appx. 224);
(115 Fed. Appx. 732);
(115 Fed. Appx. 291);
(115 Fed. Appx. 744);
(115 Fed. Appx. 734);
(115 Fed. Appx. 251);
(115 Fed. Appx. 289);
(115 Fed. Appx. 256);
(115 Fed. Appx. 238);
(115 Fed. Appx. 746);
(115 Fed. Appx. 235);
(115 Fed.’ Appx. 252);
(115 Fed. Appx. 257);
(115 Fed. Appx. 298);
(115 Fed. Appx. 709);
(115 Fed. Appx. 721);
(115 Fed. Appx. 723);
(115 Fed. Appx. 706);
(115 Fed. Appx. 722);
(115 Fed. Appx. 742);
(117 Fed. Appx. 985);
(115 Fed. Appx. 735);
(115 Fed. Appx. 258);
(115 Fed. Appx. 256);
*1015 No. 04-9348.
No. 04-9349.
No. 04-9365.
No. 04-9381.
No. 04-9382.
No. 04-9384.
No. 04-9385.
No. 04-9401.
No. 04-9407.
No. 04-9412.
No. 04-9414.
No. 04-9424.
No. 04-9425.
No. 04-9429.
No. 04-9436.
(115 Fed. Appx. 255);
(115 Fed. Appx. 745);
(115 Fed. Appx. 740);
(115 Fed. Appx. 720);
(115 Fed. Appx. 733); and
(115 Fed. Appx. 712). C. A. 5th Cir.;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 982;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 221;
C. A. 8th Cir. Reported below: 111 Fed. Appx. 855;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 288;
C. A. 5th Cir. Reported below: 122 Fed. Appx. 720;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 230;
C. A. 10th Cir. Reported below: 392 F. 3d 1153;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 274 (second judgment), 277 (third judgment), 718 (first judgment), and 728 (fourth judgment);
C. A. 5th Cir. Reported below: 119 Fed. Appx. 605;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 473;
C. A. 10th Cir. Reported below: 113 Fed. Appx. 366;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 471;
C. A. 5th Cir. Reported below: 120 Fed. Appx. 524;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 473;
C. A. 9th Cir. Reported below: 116 Fed. Appx. 123;
*1016 No. 04-9453.
No. 04-9465.
No. 04-9480.
No. 04-9516.
No. 04-9524.
No. 04-9528.
No. 04-9577.
C. A. 9th Cir. Reported below: 116 Fed. Appx. 886;
C. A. 6th Cir.
Reported below: 121 Fed. Appx. 581;
C. A. 9th Cir. Reported below: 393 F. 3d 1088;
C. A. 11th Cir.;
C. A. 11th Cir.;
C. A. 11th Cir.
Reported below: 125 Fed. Appx. 976; and
C. A. 5th Cir. Reported below: 117 Fed. Appx. 370. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).